UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN CHASTAIN,

      Plaintiff,             CIVIL ACTION NO. 08-CV-12299-DT

vs.

                                 DISTRICT JUDGE NANCY G. EDMUNDS

WILLIAM J. SARASIN, et al.,    MAGISTRATE JUDGE MONA K. MAJZOUB

      Defendants.
_____/

## OPINION AND ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY

This matter comes before the Court on Defendants' Motion for Protective Order Staying Discovery. (Docket no. 14). This is a *pro se* civil rights action filed by a Michigan state prisoner. (Docket no. 1). Defendants Sarasin and Birkett have filed a Motion for Summary Judgment (docket no. 18) which is pending now. Plaintiff has not responded to Defendants' Motion for Protective Order, and the time for responding has now expired. All pretrial matters have been referred to the undersigned for ruling. (Docket no. 16). The Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(e). Defendants' motion is now ready for ruling.

Defendants raise the defense of qualified immunity as state employees in their motion for summary judgment. (Docket no. 18). The Sixth Circuit has made clear that when such a motion is filed discovery should not be allowed until after the immunity question is resolved. *Skousen v. Brighton High School*, 305 F.3d 520, 526-27 (6th Cir. 2002). In accordance with this authority, discovery will be stayed pending consideration of Defendants' summary judgment motion.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Protective Order Staying Discovery (docket no. 14) is **GRANTED** and discovery is stayed until further order of the Court.

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: February 05, 2009         s/ Mona K. Majzoub
                                 MONA K. MAJZOUB
                                 UNITED STATES MAGISTRATE JUDGE


### PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Brian Chastain and Counsel of Record on this date.

Dated: February 05, 2009         s/ Lisa C. Bartlett
                                 Courtroom Deputy