UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brian Chastain,

    Plaintiff,                                      Case No. 08-12299

v.                                                      Hon. Nancy G. Edmunds

William J. Sarasin, et. al.,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the motion for summary judgment filed by Defendants Sarasin and Birkett is hereby GRANTED, and the case is hereby DISMISSED.

       SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: April 9, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 9, 2009, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager